# NO. 12-13-00102-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *MELVIN ROBINSON,* *APPELLANT* | § | *APPEAL FROM THE 123RD* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *M&M SERVICES, NIX TRUCKING CO., INC., BARRON WILLIS AND JARRAL PAGE,* | | |
| *APPELLEES* | § | *SHELBY COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. In his motion, Appellant alleges that all claims related to this appeal have been settled and that the appeal should be dismissed. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered July 3, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 3, 2013**

## NO. 12-13-00102-CV

**MELVIN ROBINSON**,
Appellant
V.
**M&M SERVICES, NIX TRUCKING CO., INC.,
BARRON WILLIS AND JARRAL PAGE**,
Appellees

Appeal from the 123rd Judicial District Court
of Shelby County, Texas. (Tr.Ct.No. 09CV30,759)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*